# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| In re: | : | MDL Docket No. 4:03CV1507-WRW |
| | : | 4:08CV1426 |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | |
| | : | |
| | : | |
| **CYNTHIA J. STICKNEY** | : | PLAINTIFF |
| | : | |
| v. | : | |
| | : | |
| **WYETH, INC., et. al.** | : | DEFENDANTS |

## ORDER

Plaintiff's October 17, 2008 Amended Complaint is STRUCK from the record, because Plaintiff failed to comply with Federal Rule of Civil Procedure 15[1] and Local Rule 5.5(e).

Additionally, it appears to me that this case identical (same Plaintiff, Defendants, lawyers, etc.) to *Stickney v. Wyeth, et. al.*, 4:08-CV-1516, which was also transferred here from the District of Minnesota. Accordingly, by 5 p.m., Monday, October 27, 2008, Plaintiff should either voluntarily dismiss one of the cases or submit a brief as to why both cases are necessary.

IT IS SO ORDERED this 20th day of October 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] If Defendants were properly served, technically, their Master Answers constitute responsive pleadings in every individual MDL case.

1